UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CASE NO.: 4:23CV675 |
| State of Ohio | ) | 4:23CV517 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Norfolk Southern Corporation, | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

These matters are hereby scheduled for a joint telephonic status conference on April 25, 2023 at 2:30 p.m. Counsel only are required to participate, and the Court will distribute a call-in number to utilize. Counsel should be prepared to discuss possible consolidation of these matters, the motion to reassign the matters, and future dates to move the matter forward expeditiously.

IT IS SO ORDERED.

April 20, 2023                                   /s/ John R. Adams
                                                 JUDGE JOHN R. ADAMS
                                                 UNITED STATES DISTRICT JUDGE