**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **State of Ohio,** ) | |
| **United States of America,** ) | |
| ) | CASE NO. 4:23CV517 |
| ) | 4:23CV675 |
| ) | |
| **Plaintiff(s),** ) | JUDGE JOHN R. ADAMS |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| **Norfolk Southern Co., et al.,** ) | **ORDER** |
| ) | |
| ) | |
| **Defendant(s).** ) | |

On April 25, 2023, the Court conducted a telephone conference with counsel in both of these matters. During the conference, the Court indicated that these matters would be consolidated. No party objected to the consolidation. Accordingly, these matters are hereby ordered consolidated with 4:23CV517 serving as the lead case.

Counsel shall file all pleadings and documents pertaining to any of these consolidated matters ONLY under case number 4:23CV517 and NOT in the other individually filed matter, 4:23CV675. Any filing occurring in 4:23CV675 shall be stricken by the Court.

Based upon the order of consolidation, case numbers 4:23CV675 is hereby administratively CLOSED. The clerk shall add the plaintiffs and their counsel from 4:23CV675 to the docket in 4:23CV517 to facilitate future filings.

Consistent with the Court's oral pronouncement, Defendants' motion to reassign these

matters to another District Judge as related cases (Doc. 6) is hereby DENIED.

**IT IS SO ORDERED.**

**Date: May 3, 2023**  /s/*John R. Adams*
  **John R. Adams**
  **U.S. District Judge**