# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE STATE OF OHIO, ex rel. DAVE YOST, OHIO ATTORNEY GENERAL, <br><br> and <br><br> THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY and NORFOLK SOUTHERN CORPORATION, <br><br> Defendants/Third-Party Plaintiffs | Civil Action No. 4:23CV517 <br><br> 4:23CV675 <br><br> Hon. John R. Adams |

## DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a), Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company (collectively, "Norfolk Southern") provide the following initial disclosures to Plaintiffs.

### INITIAL DISCLOSURES AND RESERVATIONS OF RIGHTS

These initial disclosures are based on information reasonably available to Norfolk Southern as of the date they were prepared. Accordingly, Norfolk Southern expressly reserves the right to clarify, alter, amend, modify, or supplement the information contained in these initial disclosures as appropriate based on further evaluation of facts and evidence in its possession and as it obtains additional information, in accordance with the Federal Rules of Civil Procedure and the Local Rules.

By making these disclosures, Norfolk Southern does not represent it is identifying every individual, document, or tangible thing possibly relevant to the Complaint and Amended Complaint. Rather, these disclosures represent a good faith effort to identify information Norfolk Southern reasonably believes may be relevant to its defenses to the Complaints, based on information reasonably available to Norfolk Southern at this time.

These initial disclosures do not constitute a waiver of any objections Norfolk Southern may have, now or in the future, to any discovery in this action, and the submission of these disclosures does not constitute an admission or concession that any discovery is necessary or appropriate.

Norfolk Southern expressly does not waive attorney-client privilege, work product protection, or any other applicable privilege or protection through these disclosures. Norfolk Southern expressly reserves its right to object on proper grounds to any discovery request relating to the subject matter of these disclosures, including without limitation to object based on attorney-client privilege; attorney work-product protection; any other applicable privilege or protection under international, foreign, federal, or state law; relevance; competency; hearsay; immateriality; overbreadth; and undue burden or harassment.

Norfolk Southern expressly reserves the right to identify or call as witnesses other individuals in addition to those identified herein, including without limitation those identified by Plaintiffs in their initial disclosures or during discovery, and to identify additional documents, if it discovers that such individuals have or might have knowledge of matters relevant to this action or that such additional documents are relevant to this action.

Norfolk Southern expressly reserves the right to identify or call expert witnesses in accordance with Federal Rule of Civil Procedure 26(a)(2).

**Rule 26(a)(1)(A)(i) Disclosure**

The following individuals may have discoverable information that Norfolk Southern may use to support its defenses, unless the use would be solely for impeachment.  All employees of Norfolk Southern identified below may be contacted only through undersigned counsel.  The following list should not be interpreted to be an admission that any of the identified individuals will have discoverable information.

    A.      Norfolk Southern

| Name | Contact | Subject Matter |
|---|---|---|
| Steven Aufdenkampe | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Kraig Barner | Contact only through Norfolk Southern's counsel of record | Derailment investigation; emergency response to derailment |
| Jacob Bilthuis | Contact only through Norfolk Southern's counsel of record | Derailment investigation |
| Cris Burch | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials |
| Troy Carpenter | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Geoffrey Craker | Contact only through Norfolk Southern's counsel of record | Emergency response to derailment; operation and inspection of Train 32N |
| Scott Deutsch | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials; emergency response to derailment; decision to perform controlled release |
| Robert Dickson | Contact only through Norfolk Southern's counsel of record | Wayside detectors |
| Evan Drahnak | Contact only through Norfolk Southern's counsel of record | Emergency response to derailment |
| Mark Dudle | Contact only through Norfolk Southern's counsel of record | Emergency response to derailment; decision to perform controlled release; environmental monitoring |
| Chad Edwards | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials; emergency response to derailment |

| Name | Contact | Subject Matter |
|---|---|---|
| Brent Emerson | Contact only through Norfolk Southern's counsel of record | Track maintenance and restoration |
| Michael Fabery | Contact only through Norfolk Southern's counsel of record | Advanced train control center; wayside detectors |
| Michael Anthony Faison* | Contact only through Norfolk Southern's counsel of record | Operation of Train 32N |
| David Gooden | Contact only through Norfolk Southern's counsel of record | Train operations; emergency response to derailment |
| Scott Gould | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials; derailment site investigation; decision to perform controlled release |
| Jared Hopewell | Contact only through Norfolk Southern's counsel of record | Wayside detectors; response to derailment |
| Floyd Hudson | Contact only through Norfolk Southern's counsel of record | Derailment site investigation; decision to perform controlled release |
| Chris Hunsicker | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Daniel Hunt | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Javon T. Jordan* | Contact only through Norfolk Southern's counsel of record | Operation of Train 32N |
| Sean Kennedy | Contact only through Norfolk Southern's counsel of record | Mechanical inspections; derailment |
| Shannon Mason | Contact only through Norfolk Southern's counsel of record | Train build and operations |
| Crystal McNeely | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Adam Motsinger | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Jason Myers | Contact only through Norfolk Southern's counsel of record | Advanced Train Control Center |
| Bryan Naranjo | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| David Patten | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials |
| Gary Rambo | Contact only through Norfolk Southern's counsel of record | Advanced Train Control Center |
| Jon Retting | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials |
| Bryan Salley | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |

| Name | Contact | Subject Matter |
|---|---|---|
| Josiah Saxe | Contact only through Norfolk Southern's counsel of record | Train and track restoration; derailment site investigation |
| Thomas Schnautz | Contact only through Norfolk Southern's counsel of record | Wayside detectors; Advanced Train Control Center |
| David Schoendorfer | Contact only through Norfolk Southern's counsel of record | Response to derailment; management of hazardous materials; environmental monitoring |
| Robert Scoble | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Brian Shanks | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials |
| Alan Shaw | Contact only through Norfolk Southern's counsel of record | Derailment response |
| Jon Simpson | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials; emergency response to derailment |
| Joseph Spadone | Contact only through Norfolk Southern's counsel of record | Track maintenance and restoration |
| Kevin Stauffer* | Contact only through Norfolk Southern's counsel of record | Operation of Train 32N |
| Corey Veal | Contact only through Norfolk Southern's counsel of record | Derailment response; safety procedures |
| James Wade | Contact only through Norfolk Southern's counsel of record | Derailment response |
| Jamie Williams | Contact only through Norfolk Southern's counsel of record | Mechanical inspections; derailment response |
| Nathan Williams | Contact only through Norfolk Southern's counsel of record | Environmental monitoring |
| Paul Williams | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials; emergency response to derailment |
| Darrell Wilson | Contact only through Norfolk Southern's counsel of record | Response to derailment; community engagement |
| Kristin Wong | Contact only through Norfolk Southern's counsel of record | Community engagement |
| Robert Wood | Contact only through Norfolk Southern's counsel of record | Management of hazardous materials; emergency response to derailment; decision to perform controlled release |

An asterisk (*) indicates an employee of Norfolk Southern Railway Company. No asterisk indicates an employee of Norfolk Southern Corporation.

B.      **Plaintiff-Related Parties**

| Name | Contact | Subject Matter |
| --- | --- | --- |
| Amber Bellamy, United States Fish & Wildlife | Unknown | Natural resource damages assessment |
| Ralph Dollhopf, United States Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Mike Eberle, Ohio Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Rick Hackley, United States Environmental Protection Agency Region 5 | Unknown | Derailment response; environmental sampling |
| Rich Henry, United States Environmental Protection Agency | Unknown | Environmental sampling; natural resource damages assessment |
| James Justice, United States Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Jack Kelly, United States Environmental Protection Agency Region 3 | Unknown | Derailment response; environmental sampling |
| Michelle Kerr, United States Environmental Protection Agency Region 5 | Unknown | Derailment response; environmental sampling |
| Amy Klei, Ohio Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Kurt Kollar, Ohio Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Andy McGuire, United States Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Paul Ruesch, United States Environmental Protection Agency Region | Unknown | Derailment response; environmental sampling |

| Name | Contact | Subject Matter |
|---|---|---|
| 5 | | |
| Anne Vogel, Ohio Environmental Protection Agency | Unknown | Derailment response; environmental sampling |
| Bill Zawiski, Ohio Environmental Protection Agency | Unknown | Natural resource damages assessment |
| Ohio Department of Natural Resources Representative | Unknown | Derailment response; environmental sampling |
| Additional officials and individuals from federal, state, and local governmental agencies and offices involved in response to derailment and subsequent events | Unknown | Response to derailment; controlled release; environmental sampling; EPA unilateral administrative order |

### C. Third Party Defendants

| Name | Contact | Subject Matter |
|---|---|---|
| GATX Corporation Corporate Representative | Unknown | Ownership and maintenance of derailed rail cars |
| General American Marks Company Corporate Representative | Unknown | Ownership and maintenance of derailed rail cars |
| Oxy Vinyls LP Corporate Representative | Unknown | Ownership and maintenance of derailed rail cars |
| Trinity Industries Leasing Company Corporate Representative | Unknown | Ownership and maintenance of derailed rail cars |
| Steve Smith, Oxy Vinyls LP | Unknown | Derailment response |
| Karenanne Stegmann, Oxy Vinyls LP | Unknown | Derailment response |
| Paul Thomas, Oxy Vinyls LP | Unknown | Derailment response |

D.  **Other Parties**

| Name | Contact | Subject Matter |
|---|---|---|
| Arcadis U.S. Inc. Corporate Representative | Contact through Norfolk Southern's counsel of record | Environmental sampling |
| CTEH Corporate Representative | Contact through Norfolk Southern's counsel of record | Environmental sampling |
| EnviroScience, Inc. Corporate Representative | Contact through Norfolk Southern's counsel of record | Natural resources |
| Explosive Service International Corporate Representative | Contact through Norfolk Southern's counsel of record | Controlled release |
| HEPACO Corporate Representative | Contact through Norfolk Southern's counsel of record | Emergency response to derailment |
| Pennsylvania Department of Environmental Protection Representative | Unknown | Derailment response; environmental sampling |
| Specialized Professional Services, Inc. Corporate Representative | Contact through Norfolk Southern's counsel of record | Emergency response; controlled release |
| Specialized Response Solutions Corporate Representative | Contact through Norfolk Southern's counsel of record | Controlled release |
| Stantec Consulting Services Inc., Corporate Representative | Contact through Norfolk Southern's counsel of record | Environmental sampling |

| Name | Contact | Subject Matter |
|---|---|---|
| Peggy Clark, Columbiana County | Unknown | Response to derailment; environmental sampling |
| Trent Conaway, Village of East Palestine | Unknown | Response to derailment, controlled release |
| Keith Drabick, Village of East Palestine Fire Department | Unknown | Response to derailment; controlled release |
| Additional third-party contractors and subcontractors involved in response to derailment and subsequent events | Unknown | Response to derailment; environmental sampling |
| Additional officials and individuals from federal, state, and local governmental agencies and offices involved in response to derailment and subsequent events | Unknown | Response to derailment; controlled release; environmental sampling; EPA unilateral administrative order |

**Rule 26(a)(1)(A)(ii) Disclosure**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii) and subject to the qualifications stated above, and based on information reasonably available, Norfolk Southern identifies the following categories of documents, electronically stored information, or tangible things in its possession, custody, or control that it may use to support its defenses, unless such use is solely for impeachment. Such categories of documents, electronically stored information, and tangible things (or copies thereof) are located at the offices of Norfolk Southern or Norfolk Southern's counsel. Norfolk Southern makes these disclosures without waiving any arguments it may have concerning the relevance or admissibility of, or the proper weight to be accorded to, any of the information contained in the documents described. Norfolk Southern reserves the right to assert a claim of privilege or immunity and to withhold from production any documents, whether or not included below, that are protected from discovery by the attorney-client privilege,

9

work-product immunity, or any other privilege or immunity. As discovery is ongoing, Norfolk Southern reserves the right to amend these disclosures to the extent necessary to identify additional categories of documents that may relate to information relevant to Norfolk Southern's defenses.

- Documents and electronically stored information concerning the ownership, operation, maintenance, inspection, and repair of derailed cars in the consist of Train 32N on February 3, 2023.
- Documents and electronically stored information concerning Norfolk Southern's response to the derailment of Train 32N, including the emergency response, decision to perform controlled release, environmental testing, and Norfolk Southern's communications with government agencies and the public.
- Documents and electronically stored information provided to and/or received from the Environmental Protection Agency pursuant to the February 27, 2023 Unilateral Administrative Order governing response actions.
- Documents and electronically stored information concerning Norfolk Southern's safety procedures with respect to Train 32N.
- Documents and electronically stored information concerning the shipping and management of hazardous materials on Train 32N.
- Documents and electronically stored information concerning Norfolk Southern's emergency response training and planning.

**Rule 26(a)(1)(A)(iii) Disclosure**

Norfolk Southern seeks an order from the Court requiring the Third-Party Defendants to pay their fair and equitable share of CERCLA response costs and other costs Norfolk Southern

incurred as a result of Third-Party Defendants' conduct through the date of judgment, including pre-judgment interest. The total CERCLA response costs and other costs, and Third-Defendants' fair and equitable share of those costs, are not yet known.

**Rule 26(a)(1)(A)(iv) Disclosure**

Subject to the above reservation of rights, please note that Norfolk Southern has purchased certain insurance covering legal liabilities for bodily injury and property damage to third parties. This insurance provides coverage above $75 million and below $800 million ($1.1 billion for specific perils) per occurrence and/or policy year. Norfolk Southern is willing to produce documents sufficient to identify such insurance agreements, subject to the terms of the protective order entered by the court.

Dated: July 12, 2023

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | MCMAHON DEGULIS LLP |
| */s/ Davina Pujari* | |
| DAVINA PUJARI* | LOUIS L. MCMAHON |
| CHRISTOPHER A. RHEINHEIMER* | 812 Huron Road, Suite 650 |
| One Front Street, Suite 3500 | Cleveland, OH 44115 |
| San Francisco, CA 94111 | Tel.: (216) 367-1407 |
| Tel.: (628) 235-1000 | lmcmahon@mdllp.net |
| Fax: (628) 235-1011 | |
| davina.pujari@wilmerhale.com | |
| chris.rheinheimer@wilmerhale.com | |

EDWARD O'CALLAGHAN*
2100 Pennsylvania Avenue NW
Washington, DC 20036
Tel.: (202) 663-6000
Fax: (202) 663-6363
edward.ocallaghan@wilmerhale.com

CLAIRE GUEHENNO *
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 295-6524
Fax: (212) 230-8888
claire.guehenno@wilmerhale.com

* Pro hac vice

*Counsel for Defendants and Third-Party Plaintiffs*
*Norfolk Southern Corporation and Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

                                            */s/ Davina Pujari*
                                            Davina Pujari (admitted *pro hac vice*)
                                            WILMER CUTLER PICKERING
                                               HALE AND DORR LLP
                                            One Front Street, Suite 3500
                                            San Francisco, CA 94111
                                            Tel.: (628) 235-1136
                                            Fax: (628) 235-1001
                                            Davina.Pujari@wilmerhale.com

                                            *Counsel for Defendants and Third-Party Plaintiffs*