# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF OHIO, ex rel. DAVE YOST, OHIO ATTORNEY GENERAL,<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>   v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and NORFOLK SOUTHERN CORPORATION,<br><br>                Defendants/Third-Party Plaintiffs,<br><br>   v.<br><br>OXY VINYLS LP, GATX CORPORATION, GENERAL AMERICAN MARKS COMPANY, TRINITY INDUSTRIES LEASING COMPANY, SMBC RAIL SERVICES LLC, DOW CHEMICAL INCORPORATED, and UNION TANK CAR COMPANY,<br><br>                Third-Party Defendants. | Civil Action No. 4:23CV517<br><br>                4:23CV675<br><br>Hon. John R. Adams |

## JOINT STATUS REPORT

1. Pursuant to Federal Rule of Civil Procedure 26(f) and LR 16.3(b)(3), and in accordance with the Court's instructions at the May 8, 2023 status conference, the parties submit the following status report and specific discovery plan:

2. **Status Update**

    (a) The parties have met and conferred numerous times since the Court's May 8, 2023 status conference, both by email and telephone.

(b) As a result of these meetings, the parties submitted two stipulated proposed orders—a Discovery Order and a Protective Order—both of which were entered by the Court. ECF Nos. 27, 30.

(c) On June 16, 2023, Norfolk Southern Corporation and Norfolk Southern Railway Company (collectively "Norfolk Southern") filed Answers to Ohio's Complaint, *see* ECF No. 29, and the United States of America's Amended Complaint, *see* ECF No. 28.

(d) On June 30, 2023, Norfolk Southern filed a Third-Party Complaint against Oxy Vinyls LP, GATX Corporation, General American Marks Company, Trinity Industries Leasing Company, SMBC Rail Services LLC, Dow Chemical Incorporated, and Union Tank Car Company. ECF No. 31. Norfolk Southern is currently in the process of serving the summonses on the Third-Party Defendants.

(e) On July 7, 2023, the United States filed a motion to strike certain of Norfolk Southern's affirmative defenses. ECF No. 34. Under the Court's default rules, Norfolk Southern's response is due on August 7, 2023, and the United States's reply is due on August 21, 2023. *See* LR 7.1.

(f) The parties are filing their initial disclosures concurrently with this status report.

(g) In the class action concerning the February 3, 2023 derailment, *In re East Palestine Train Derailment*, No. 4:23-cv-242, Judge Pearson entered a Case Management Plan on June 28, 2023. ECF No. 98, Case No. 4:23-cv-242 (N.D. Oh.). Among other things, the Court ordered the parties to complete Fact Discovery by January 5, 2024; submit expert reports by April 1, 2024; submit opposing expert reports by May 3, 2024; and conduct expert depositions by July 1, 2024.

3. **Specific Discovery Plan**

(a) As detailed in the parties' May 5, 2023 discovery plan, the parties propose that Fact Discovery conclude on August 16, 2024. *See* ECF No. 18 at 3. In addition, per the Court's stipulated Discovery Order, each party must seek leave of court to depose more than 15 witnesses from another party; in other words, the United States and the State of Ohio may take 15 depositions of Norfolk Southern each, and Norfolk Southern may take 15 depositions of the United States and 15 depositions of the State of Ohio. *See* ECF No. 27 at 23. The Discovery Order does not address discovery with respect to the Third Party Defendants. The parties expect to meet and confer with the Third Party Defendants regarding reasonable and appropriate discovery limitations after they have been served.

(b) The parties have identified the following individuals as potential early deponents:

    (i) Norfolk Southern

1. Peggy Clark – Columbiana County EMA
2. Trent Conaway – EP Mayor
3. Ralph Dollhopf – US EPA
4. Keith Drabick – EP Fire Chief
5. Mike Eberle – OH EPA
6. Rick Hackley - US EPA
7. Rich Henry – US EPA
8. James Justice – US EPA
9. Jack Kelly – US EPA
10. Michelle Kerr – US EPA
11. Amy Klei – OH EPA
12. Kurt Kollar – OH EPA
13. Andy McGuire – US EPA
14. Paul Ruesch – US EPA
15. Anne Vogel – OH EPA

    (ii) The State of Ohio

1. Robert Wood – Norfolk Southern
2. Scott Deutsch – Norfolk Southern
3. Jared Hopewell – Norfolk Southern
4. Keith Drabick – EP Fire Chief
5. Trent Conaway – EP Mayor
6. Peggy Clark – Columbiana County EMA

       7.      Charles Day – Specialized Response Solutions
       8.      Drew McCarty – Specialized Professional Services, Inc.
       9.      Steve Smith – OxyVinyls
      10.     Paul Thomas – OxyVinyls

    (iii)    <u>The United States</u>

       1. Robert Wood – Norfolk Southern
       2. Daniel Hunt – Norfolk Southern
       3. Robert Scoble – Norfolk Southern
       4. Jon Rettig – Norfolk Southern
       5. Scott Deutsch – Norfolk Southern
       6. Steven Aufdenkampe – Norfolk Southern
       7. Drew McCarty – Specialized Professional Services, Inc.

(c)     The parties agree to the following schedule for coordinated service of, and responses to, initial written discovery:

    (i)     Initial requests for production, interrogatories, and requests for admission may be served following the July 26, 2023 case management conference and on or before September 15, 2023, with responses due 60 days after service.

    (ii)    The parties are free to serve additional discovery requests, within the limits set by the Discovery Order, after December 15, 2023.

    (iii)   The parties will confer with Third Party Defendants regarding timing for initial written discovery and depositions after service of the summonses, once counsel for the Third Party Defendants has been determined.

(d)     Depositions may begin on October 2, 2023 and may continue concurrently with written discovery. To the extent a deponent overlaps with a deponent in *In re East Palestine Train Derailment*, Case No. 4:23-cv-242 (N.D. Oh.), the parties will endeavor to conduct both depositions on two consecutive days whenever reasonable.[1]

---

[1] This paragraph does not waive the United States' rights under 40 CFR § 2.404, or other similar *Touhy* regulations (*United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951)), to object to any demand for oral testimony made in *In re East Palestine Train Derailment*, Case No. 4:23-cv-242 (N.D. Oh.), or move to quash any subpoena accompanying a demand for oral testimony issued in that case.

(e) The parties request that the Court set a further status conference on or about January 16, 2024.

(f) The parties recommend the following schedule for Expert Discovery, as set forth in the parties' May 5, 2023 discovery plan, ECF No. 18 at 3-4:

    (i) Norfolk Southern proposes expert report deadlines as follows:

        <u>Simultaneous Exchange of Initial Expert Report(s)</u>: September 16, 2024

        <u>Simultaneous Exchange of Rebuttal Expert Report(s)</u>: November 18, 2024

    (ii) The United States and Ohio propose expert report deadlines as follows:

        <u>Plaintiffs' Initial Expert Report(s) Due</u>: September 16, 2024

        <u>Defendants' Reply Expert Report(s) Due</u>: October 16, 2024

        <u>Plaintiffs' Rebuttal Expert Report(s) Due</u>: November 18, 2024

    (iii) The parties jointly propose an Expert Deposition and Expert Discovery Completion Date of February 17, 2025.

(g) The parties propose a deadline to file dispositive motions of April 17, 2025 (two months after their proposed Expert Discovery Completion Date).

Date: July 12, 2023                                        Respectfully submitted,

| | |
|---|---|
| TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>United States Department of Justice<br><br>*s/ Lauren D. Grady*<br>LAUREN D. GRADY (IL: 6315393)<br>MATTHEW C. INDRISANO (VA: 66617)<br>TRACI N. CUNNINGHAM (MO: 71515)<br>Trial Attorneys | By: /s/ *Davina Pujari*<br>Davina Pujari (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Tel.: (628) 235-1136<br>Fax: (628) 235-1001<br>Davina.Pujari@wilmerhale.com<br><br>Edward O'Callaghan (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING |

Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Lauren.Grady@usdoj.gov
Matthew.Indrisano@usdoj.gov
Traci.Cunningham@usdoj.gov

REBECCA C. LUTZKO
First Assistant United States Attorney
Northern District of Ohio

BRENDAN F. BARKER (IL: 6299039)
ELIZABETH A. DEUCHER (OH: 0095542)
Assistant United States Attorneys
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Phone: (216) 622-3795/3712
Fax: (216) 522-2404
Brendan.Barker@usdoj.gov
Elizabeth.Deucher@usdoj.gov

*Attorneys for Plaintiff United States of America*


**DAVE YOST**
**OHIO ATTORNEY GENERAL**

*s/ Amber Wootton Hertlein*
AMBER WOOTTON HERTLEIN (0083858)
KARRIE P. KUNKEL (0089755)
KATHERINE A. WALKER (0093850)
NORA M. BATY (0102678)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Telephone: (614) 466-2766
Fax: (614) 644-1926
Amber.Hertlein@OhioAGO.gov
Karrie.Kunkel@OhioAGO.gov

HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 663-6956
Fax: (202) 663-6363
Edward.O'Callaghan@wilmerhale.com

Claire Guehenno (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 295-6524
Fax: (212) 230-8888
Claire.Guehenno@wilmerhale.com

Christopher A. Rheinheimer (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: (628) 235-1000
Fax: (628) 235-1001
Chris.Rheinheimer@wilmerhale.com

Louis L. McMahon (0067378)
MCMAHON DEGULIS LLP
812 Huron Road, Suite 650
Cleveland, OH 44115
Tel.: (216) 367-1407
lmcmahon@mdllp.net

*Counsel for Defendants and Third-Party Plaintiffs*

Katherine.Walker@OhioAGO.gov
Nora.Baty@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

                                                                      */s/ Davina Pujari*
                                                        Davina Pujari (admitted *pro hac vice*)
                                                        WILMER CUTLER PICKERING
                                                           HALE AND DORR LLP
                                                        One Front Street, Suite 3500
                                                        San Francisco, CA 94111
                                                        Tel.: (628) 235-1136
                                                        Fax: (628) 235-1001
                                                        Davina.Pujari@wilmerhale.com

                                                        *Counsel for Defendants and Third-Party Plaintiffs*