# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **State of Ohio,** ) | |
| **United States of America,** ) | |
| ) | CASE NO. 4:23CV517 |
| ) | |
| **Plaintiff(s),** ) | JUDGE JOHN R. ADAMS |
| ) | |
| vs. ) | |
| ) | |
| **Norfolk Southern Co., et al.,** ) | **ORDER** |
| ) | |
| **Defendant(s).** ) | |

The continued case management conference set in this matter for July 26, 2023 is hereby CONTINUED. The matter will be promptly rescheduled following appearances by the third-party defendants.

**IT IS SO ORDERED.**

**Date: July 13, 2023**            */s/John R. Adams*
                                                    John R. Adams
                                                    U.S. District Judge