UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE STATE OF OHIO, ex rel. DAVE YOST, OHIO ATTORNEY GENERAL, <br><br>and<br><br>THE UNITED STATES OF AMERICA<br><br>                    Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY and NORFOLK SOUTHERN CORPORATION,<br><br>                    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>OXY VINYLS LP, GATX CORPORATION, GENERAL AMERICAN MARKS COMPANY, TRINITY INDUSTRIES LEASING COMPANY, SMBC RAIL SERVICES LLC, DOW CHEMICAL INCORPORATED, and UNION TANK CAR COMPANY,<br><br>                    Third-Party Defendants. | Civ. Action No.: 4:23CV517<br>                    4:23CV675<br><br>Hon. John R. Adams |

**THE DOW CHEMICAL COMPANY'S MOTION TO DISMISS NORFOLK SOUTHERN RAILWAY COMPANY'S AND NORFOLK SOUTHERN CORPORATION'S THIRD-PARTY COMPLAINT FOR FAILURE TO STATE A CLAIM**

Third-Party Defendant The Dow Chemical Company, incorrectly named as Dow Chemical Incorporated ("Dow"), moves to dismiss Defendants/Third-Party Plaintiffs Norfolk Southern Railway Company's and Norfolk Southern Corporation's (collectively, "Norfolk Southern") Third-Party Complaint against it under Federal Rule of Civil Procedure 12(b)(6). For

1

the reasons stated more particularly in the accompanying Memorandum, incorporated by reference herein, the Court should dismiss Norfolk Southern's claims against Dow with prejudice.

Dated:  September 15, 2023    Respectfully submitted,

                                    By:  /s/ James D. Robenalt_____

James D. Robenalt (0022165)
Timothy J. Coughlin (0019483)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone:  (216) 566-5500
Email:  jim.robenalt@thompsonhine.com
Email:  tim.coughlin@thompsonhine.com

Mary Rose Alexander (*pro hac vice* pending)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Email:  mary.rose.alexander@lw.com

Kegan A. Brown (NY4562021)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kegan.brown@lw.com

*Attorneys for Third-Party Defendant*
*The Dow Chemical Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 15, 2023, a copy of the foregoing was served on all parties of record via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                      /s/ James D. Robenalt
                                                      James D. Robenalt