IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF OHIO,<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>and<br><br>NORFOLK SOUTHERN CORPORATION,<br><br>Defendants. | Civil Case No. 23-cv-517<br>Hon. John R. Adams |

STATUS REPORT

The United States hereby submits this Status Report in accordance with the April 15, 2024 Case Management Plan.

1. Discovery That Has Occurred During the Reporting Period

On May 1, the United States served interrogatories and requests for production on Norfolk Southern Railway Company and Norfolk Southern Corporation (collectively "Norfolk Southern").

The State of Ohio served interrogatories, requests for production, and requests for admission on April 17.

2. Settlement Discussions That Have Occurred During the Period

On April 18, April 24, May 1, and May 3, the United States and Norfolk Southern held productive settlement meetings. Settlement counsel are also in frequent communication outside of formal meetings.

3. Motions That Have Been Filed or Remained Pending During the Reporting Period

None.

4. Developments That Might Give Rise to a Request to Deviate from the Schedule Outlined in the Case Management Plan

None.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Lauren D. Grady
LAUREN GRADY (IL: 6315393)
MATTHEW C. INDRISANO (VA: 66617)
TRACI N. CUNNINGHAM (MO: 71515)
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Lauren.Grady@usdoj.gov
Matthew.Indrisano@usdoj.gov
Traci.Cunningham@usdoj.gov

REBECCA C. LUTZKO
United States Attorney
Northern District of Ohio

BRENDAN F. BARKER (IL: 6299039)
ELIZABETH A. DEUCHER (OH: 0095542)
Assistant United States Attorneys
Northern District of Ohio

801 West Superior Avenue, Suite 400<br>
Cleveland, Ohio 44113<br>
Phone: (216) 622-3795/3712<br>
Fax: (216) 522-2404<br>
Brendan.Barker@usdoj.gov<br>
Elizabeth.Deucher@usdoj.gov