IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | **CASE NO.  4:23-cv-00517-JRA** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **JUDGE JOHN R. ADAMS** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **NORFOLK SOUTHERN CORPORATION, et al.,** | : | |
| | : | |
| Defendants. | : | |

**STATE OF OHIO'S STATUS REPORT**

On April 15, 2024, the Court issued an Order directing the parties to file Status Reports every thirty days, addressing: (1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remained pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in the case management plan.

Since the filing of the Court's Order on April 15, 2024, the State's responses are respectfully submitted below.

**1. Discovery**

Ohio served its First Set of Requests for Admissions, Interrogatories, and Request for Documents on Defendants on April 17, 2024.  Ohio and Defendants have conferred and agreed to a rolling production, from which Ohio expects production to begin very soon.

2. **Settlement Discussions**

Ohio continues to gather information necessary for settlement discussions. Ohio and Defendants have conferred about prioritizing production of discovery on certain topics most likely to facilitate settlement discussions.

3. **Motions Filed or Pending**

No motions have been filed or remain pending for the State of Ohio.

4. **Potential Deviations from Case Management Schedule**

Ohio is not aware of any developments that might give rise to a request to deviate from the Case Management Schedule.

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

s/ Amber Wootton Hertlein
AMBER WOOTTON HERTLEIN (0083858)
KARRIE P. KUNKEL (0089755)
KATHERINE A. WALKER (0093850)
NORA M. BATY (0102678)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Telephone: (614) 466-2766
Fax: (614) 644-1926
Amber.Hertlein@OhioAGO.gov
Karrie.Kunkel@OhioAGO.gov
Katherine.Walker@OhioAGO.gov
Nora.Baty@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

## Certificate of Service

This certifies that on May 15, 2024, I served State of Ohio's Status Report by filing through the Court's CM/ECF system, which electronically notified all parties of record.

                                          **s/** Amber Wootton Hertlein
                                          AMBER WOOTTON HERTLEIN (0083858)
                                          KARRIE P. KUNKEL (0089755)
                                          KATHERINE A. WALKER (0093850)
                                          NORA M. BATY (0102678)

                                          *Counsel for Plaintiff State of Ohio*