IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | : | CASE NO. 4:23-cv-00517-JRA |
| | : | |
| UNITED STATES OF AMERICA, | : | JUDGE JOHN R. ADAMS |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

### STATE OF OHIO'S STATUS REPORT

On April 15, 2024, the Court issued an Order directing the parties to file Status Reports every thirty days, addressing: (1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remained pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in the case management plan.

Since the filing of the last status report on May 15, 2024, the State's responses are respectfully submitted below.

**1. Discovery**

Ohio served its First Set of Requests for Admissions, Interrogatories, and Request for Documents on Defendants on April 17, 2024. Ohio and Defendants have conferred and agreed to a rolling production. Ohio expects to receive the first document production on June 14, 2024.

**2. Settlement Discussions**

Ohio continues to gather information necessary for settlement discussions. Ohio and Defendants have had productive discussions regarding such information.

**3. Motions Filed or Pending**

The United States lodged a proposed Consent Decree with the Court on May 23, 2024. The 30-day public comment period began on May 30, 2024. On June 6, 2024, Ohio requested that the United States extend the comment period through at least August 1, 2024. The same day, Ohio filed notice of the request for extension with this Court and requested that no hearing to approve the Consent Decree be held until at least August 12, 2024.

**4. Potential Deviations from Case Management Schedule**

Ohio is not aware of any developments that might give rise to a request to deviate from the Case Management Schedule.

        Respectfully submitted,

        DAVE YOST
        OHIO ATTORNEY GENERAL

        **s/** Amber Wootton Hertlein
        AMBER WOOTTON HERTLEIN (0083858)
        KARRIE P. KUNKEL (0089755)
        KATHERINE A. WALKER (0093850)
        NORA M. BATY (0102678)
        Assistant Attorneys General
        Environmental Enforcement Section
        30 East Broad Street, 25th Floor
        Columbus, Ohio 43215
        Telephone: (614) 466-2766
        Fax: (614) 644-1926
        Amber.Hertlein@OhioAGO.gov
        Karrie.Kunkel@OhioAGO.gov
        Katherine.Walker@OhioAGO.gov
        Nora.Baty@OhioAGO.gov
        *Counsel for Plaintiff State of Ohio*

## Certificate of Service

This certifies that on June 14, 2024, I served State of Ohio's Status Report by filing through the Court's CM/ECF system, which electronically notified all parties of record.

                                                     **s/** Amber Wootton Hertlein
                                                   AMBER WOOTTON HERTLEIN (0083858)
                                                   KARRIE P. KUNKEL (0089755)
                                                   KATHERINE A. WALKER (0093850)
                                                   NORA M. BATY (0102678)

                                                   *Counsel for Plaintiff State of Ohio*