IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF OHIO,<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>and<br><br>NORFOLK SOUTHERN CORPORATION,<br><br>Defendants. | Civil Case No.  23-cv-517<br>Hon. John R. Adams |

**JOINT MOTION FOR STAY OF DISCOVERY DEADLINES APPLICABLE BETWEEN THE UNITED STATES AND NORFOLK SOUTHERN**

Plaintiff, the United States of America, and Defendants, Norfolk Southern Railway Company and Norfolk Southern Corporation (collectively "Norfolk Southern") jointly move the Court to stay the discovery and dispositive motion deadlines in the Court's April 15, 2024 Case Management Plan as applicable between the United States and Norfolk Southern.

The United States and Norfolk Southern have reached agreement on a settlement that would resolve the United States' claims against Norfolk Southern in this matter. The settlement is embodied in a proposed Consent Decree which was lodged with the Court on May 23. In

accordance with 42 U.S.C. § 9622(d)(2) and 28 C.F.R. § 50.7, the United States published notice of the proposed Consent Decree in the Federal Register to commence a 30-day public comment period, which would end on July 1.

On June 6, the State of Ohio filed a notice with the Court requesting that the United States extend the public comment period until no earlier than August 1. The United States has submitted to the Federal Register for publication a notice extending the public comment period through August 2.

In light of the proposed settlement and the expeditious deadlines set in this case, the United States and Norfolk Southern jointly request that the Court enter an indefinite stay of all discovery and dispositive motion deadlines applicable between the United States and Norfolk Southern. This stay would prevent the parties from using resources litigating the United States' claims after having already reached a settlement.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Lauren D. Grady*
JEFFREY SPECTOR
Senior Attorney
LAUREN GRADY (IL: 6315393)
MATTHEW C. INDRISANO (VA: 66617)
TRACI N. CUNNINGHAM (MO: 71515)
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

Jeffrey.spector@usdoj.gov
Lauren.Grady@usdoj.gov
Matthew.Indrisano@usdoj.gov
Traci.Cunningham@usdoj.gov

REBECCA C. LUTZKO
United States Attorney
Northern District of Ohio

BRENDAN F. BARKER (IL: 6299039)
ELIZABETH A. DEUCHER (OH: 0095542)
Assistant United States Attorneys
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Phone: (216) 622-3795/3712
Fax: (216) 522-2404
Brendan.Barker@usdoj.gov
Elizabeth.Deucher@usdoj.gov

*Counsel for Plaintiff United States*


/s/ *Davina Pujari*
Davina Pujari (admitted *pro hac vice*)
Chris Rheinheimer (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA  94111
Tel.: (628) 235-1136
Fax: (628) 235-1001
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

Edward O'Callaghan (admitted *pro hac vice*)
Alex Tucker Stewart (admitted *pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20036
Tel.: (202) 663-6956
Fax: (202) 663-6363
edward.o'callaghan@wilmerhale.com
alex.stewart@wilmerhale.com

        Louis L. McMahon (0067378)
        MCMAHON DEGULIS LLP
        812 Huron Road, Suite 650
        Cleveland, OH 44115
        Tel.: (216) 367-1407
        lmcmahon@mdllp.net

*Counsel for Defendants*
*Norfolk Southern Corporation and Norfolk Southern Railway Company*