IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STATE OF OHIO,** <br><br> **UNITED STATES OF AMERICA,** <br><br>     Plaintiffs, <br> v. <br><br> **NORFOLK SOUTHERN CORPORATION,** *et al.,* <br><br>     Defendants. | **Civ. No. 4:23-CV-517-JRA** <br><br> **JUDGE JOHN R. ADAMS** |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF STATE OF OHIO**

Now comes Assistant Attorney General Catherine A. English, to enter her appearance as counsel on behalf of Plaintiff State of Ohio in the above-captioned matter.

Respectfully Submitted,

**DAVE YOST**
**OHIO ATTORNEY GENERAL**

*/s/Catherine A. English*

AMBER WOOTTON HERTLEIN (0083858)
KATHERINE A. WALKER (0093850)
NORA M. BATY (0102678)
CATHERINE A. ENGLISH (0096910)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Phone: 614-466-2766
Fax 614-644-1926
Amber.Hertlein@OhioAGO.gov
Katherine.Walker@OhioAGO.gov
Nora.Baty@OhioAGO.gov
Catherine.English@OhioAGO.gov

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2024, a copy of the foregoing *Notice of Appearance of Counsel for Plaintiff State of Ohio*, was filed electronically via the Court's electronic filing system. Service was accomplished upon all counsel of record via the Court's electronic filing system in accordance with Fed. R. Civ.P.5(b)(2).

*/s/Catherine A. English*
_____
Catherine A. English (0096910)
Assistant Attorney General