**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THE STATE OF OHIO, ex rel. DAVE YOST, OHIO ATTORNEY GENERAL, <br><br> and <br><br> THE UNITED STATES OF AMERICA, <br><br>　　　　　　　Plaintiffs, <br>　v. <br><br> NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, <br><br>　　　　　　　Defendants. | Civil Action No. 4:23CV517 <br><br>　　　　　4:23CV675 <br><br> Hon. John R. Adams |

**NORFOLK SOUTHERN'S STATUS REPORT**

Pursuant to this Court's April 15, 2024 Case Management Plan (Dkt. 131), Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") submit the following status report for the period from January 14, 2025, to February 12, 2025 ("the reporting period").

1. <u>Discovery that has occurred during the reporting period</u>:

    a. The United States and Norfolk Southern jointly moved for a formal stay of discovery on June 14, 2024. Dkt. 143.

    b. Norfolk Southern and the State of Ohio have completed fact discovery as of January 10, 2025. Norfolk Southern and the State of Ohio have completed document productions and party depositions.

    c. The State of Ohio has said it cannot respond to discovery requests on behalf of any Ohio state agency other than the Ohio Environmental Protection Agency because

1

    other Ohio agencies are not parties to this litigation. Accordingly, Norfolk Southern served document subpoenas and deposition notices on the Ohio Emergency Management Agency, Ohio Department of Health, Ohio Department of Natural Resources, Ohio River Valley Water Sanitation Commission, and Ohio Department of Agriculture. Document productions from the Ohio Department of Health are ongoing. Norfolk Southern held open depositions of Ohio Department of Health, Ohio Department of Agriculture, and Ohio Emergency Management Agency witnesses due to the late production of documents.

    d. Norfolk Southern and the State of Ohio are proceeding with expert disclosures and discovery.

2. <u>Settlement discussions that have occurred during the reporting period</u>:

    a. The State of Ohio and Norfolk Southern have engaged in discussions.

    b. On May 23, 2024, the United States filed a Notice of Lodging of Proposed Consent Decree, Dkt. 138, documenting the proposed settlement between the United States and Norfolk Southern. The Consent Decree was published in the Federal Register on May 30, 2024, commencing a 30-day public comment period. On June 6, 2024, the State of Ohio filed a Notice of Request for Extension of Comment Period, Dkt. 140, informing the Court that it had asked the United States to extend the public comment period for another 30 days to August 1, 2024. The United States agreed and extended the comment period to August 2, 2024. Dkt. 142. The United States lodged all public comments with the Court on October 10, 2024. Dkt. 162.

3. <u>Motions that have been filed or remain pending during the reporting period</u>:

    a. On March 26, 2024, Norfolk Southern filed a motion for entry of partial final judgment under Federal Rule of Civil Procedure 54(b) with respect to the dismissed claims brought in Norfolk Southern's Third-Party Complaint. Dkt. 121. Third-Party Defendant Trinity Industries Leasing Company, which was dismissed from this action pursuant to this Court's March 6, 2024 Order, Dkt. 113, filed an opposition to Norfolk Southern's motion for entry of partial final judgment on April 9, 2024, Dkt. 123. Norfolk Southern filed a reply in support of its motion on April 16, 2024. Dkt. 132. Norfolk Southern's motion is fully briefed and remains pending.

    b. On June 14, 2024, the United States and Norfolk Southern jointly filed a motion to stay discovery in light of their pending settlement. Dkt. 143. This motion is fully briefed and remains pending.

    c. On October 10, 2024, the United States filed a Motion to Enter Consent Decree. Dkt. 162.

4. <u>Developments that might give rise to a request to deviate from the case management plan schedule</u>: Norfolk Southern has no developments to report that would give rise to a request to deviate from the schedule delineated in the April 15, 2024 Case management Plan (Dkt. 131).

    Norfolk Southern will submit its next status report on March 14, 2025.

Date: February 12, 2025                                Respectfully submitted,

                                                       /s/ *Davina Pujari*
                                                       Davina Pujari (admitted *pro hac vice*)
                                                       Chris Rheinheimer (admitted *pro hac vice*)
                                                       WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                       50 California Street, Suite 3600
                                                       San Francisco, CA 94111

Tel.: (628) 235-1136
Fax: (628) 235-1001
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

Edward O'Callaghan (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
1990 K Street NW, Suite 950
Washington, DC 20006
Tel.: (202) 862-8970
eocallaghan@cahill.com

Louis L. McMahon (0067378)
MCMAHON DEGULIS LLP
812 Huron Road, Suite 650
Cleveland, OH 44115
Tel.: (216) 367-1407
lmcmahon@mdllp.net

*Counsel for Defendants*
*Norfolk Southern Corporation and Norfolk*
*Southern Railway Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2025, I served a copy of the foregoing document by filing through the Court's CM/ECF system, which electronically notified all parties of record.

/s/ *Davina Pujari*
Davina Pujari (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA  94111
Tel.: (628) 235-1136
Fax: (628) 235-1001
davina.pujari@wilmerhale.com