It is so ordered.  The parties' agreed upon extensions are hereby approved and adopted by the Court.
/s/ John R. Adams
U.S. District Judge
3/21/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF OHIO, ex rel. DAVE YOST, OHIO ATTORNEY GENERAL, <br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>Defendants. | Civil Action No. 4:23-cv-00517-JRA<br><br>Hon. John R. Adams |

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES FOR EXPERT DEPOSITIONS AND DISPOSITIVE MOTIONS TO ACCOUNT FOR MEDIATION**

Plaintiff State of Ohio and Defendants Norfolk Southern Corp. and Norfolk Southern Railway Co. (collectively, "Norfolk Southern") hereby stipulate as follows:

1. The Parties stipulate that, pursuant to the April 15, 2024 Case Management Plan (Doc. 131), they timely completed fact discovery on January 10, 2025, including eleven individual depositions, depositions of five 30(b)(6) party designees, and five 30(b)(6) depositions of state agencies.

2. The Parties stipulate that Ohio provided its expert reports to Norfolk Southern on February 28, 2025, in accordance with date set forth in the Case Management Plan.  Norfolk Southern must provide its expert reports to Ohio no later than April 11, 2025.

3. The Case Management Plan provides a window between April 11 and June 11,