IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | : | CASE NO. 4:23-cv-00517-JRA |
| | : | |
| UNITED STATES OF AMERICA, | : | JUDGE JOHN R. ADAMS |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**STATE OF OHIO'S STATUS REPORT**

On April 15, 2024, the Court issued an Order directing the parties to file Status Reports every thirty days, addressing: (1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remained pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in the case management plan.

Since the filing of the last status report on June 13, 2025, the State's responses are respectfully submitted below.

1. **Discovery**

Ohio and Norfolk Southern have completed fact discovery. Both parties participated in multiple meet and confers, completed document production, and conducted fact depositions. Ohio provided its expert reports to Norfolk Southern on February 28, 2025. Norfolk Southern provided its expert reports to Ohio on April 11, 2025.

2

Ohio and Norfolk Southern have scheduled 15 expert depositions during the May 1-July 31 expert deposition period. As of the date of filing this status report, Ohio and Norfolk Southern have conducted 10 of the 15 scheduled expert depositions. Ohio and Norfolk Southern have exchanged letters and participated in a meet and confer regarding expert discovery.

2. **Settlement Discussions**

Ohio and Norfolk Southern participated in a mediation in April 2025.  The case was not resolved and Ohio and Norfolk Southern are proceeding with expert depositions.  Ohio remains willing to continue discussions about resolving the case.

3. **Motions Filed or Pending**

No motions have been filed or remain pending during the most recent reporting period.

4. **Potential Deviations from Case Management Schedule**

Ohio is not aware of any developments that might give rise to additional requests to deviate from the Case Management Schedule.

> Respectfully submitted,
>
> DAVE YOST
> OHIO ATTORNEY GENERAL
>
> **s/ Amber Wootton Hertlein**
> AMBER WOOTTON HERTLEIN (0083858)
> KATHERINE A. WALKER (0093850)
> NORA M. BATY (0102678)
> CATHERINE A. ENGLISH (0096910)
> Assistant Attorneys General
> Environmental Enforcement Section
> 30 East Broad Street, 25th Floor
> Columbus, Ohio 43215
> Telephone: (614) 466-2766
> Fax: (614) 644-1926
> Amber.Hertlein@OhioAGO.gov
> Katherine.Walker@OhioAGO.gov
> Nora.Baty@OhioAGO.gov

Catherine.English@OhioAGO.gov

WILLIAM C. BECKER (0013476)
Assistant Attorney General
Court of Claims Defense Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 466-7447
Fax: (614) 644-7447
William.Becker@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

**Certificate of Service**

This certifies that on July 14, 2025, I served State of Ohio's Status Report by filing through the Court's CM/ECF system, which electronically notified all parties of record.

**s/ Amber Wootton Hertlein**
AMBER WOOTTON HERTLEIN (0083858)

*Counsel for Plaintiff State of Ohio*
