# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF OHIO, ex rel. DAVE YOST, OHIO ATTORNEY GENERAL, <br><br> and <br><br> THE UNITED STATES OF AMERICA, <br><br>　　　　　　　　　Plaintiffs, <br>　　v. <br><br> NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, <br><br>　　　　　　　　　Defendants. | Civil Action No. 4:23CV517 <br><br>　　　　　　　　4:23CV675 <br><br> Hon. John R. Adams <br><br> **HEARING REQUESTED** |

**DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. ALAN DUCATMAN**

Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company respectfully submit this Motion to Exclude the Expert Testimony of Dr. Alan Ducatman. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

1

Date: August 29, 2025  Respectfully submitted,

/s/ *Davina Pujari*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
Davina Pujari (admitted *pro hac vice*)
Christopher A. Rheinheimer
   (admitted *pro hac vice*)
50 California Street, Suite 3600
San Francisco, CA 94111
Tel.: (628) 235-1136
Fax: (628) 235-1001
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

Jonathan E. Paikin (admitted *pro hac vice*)
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
jonathan.paikin@wilmerhale.com

CAHILL GORDON & REINDEL LLP
Edward O'Callaghan
    (admitted *pro hac vice*)
1990 K Street NW, Suite 950
Washington, DC 20006
Tel.: (202) 862-8970
eocallaghan@cahill.com

MCMAHON DEGULIS LLP
Louis L. McMahon (0067378)
812 Huron Road, Suite 650
Cleveland, OH 44115
Tel.: (216) 367-1407
lmcmahon@mdllp.net

*Counsel for Defendants
Norfolk Southern Corporation and Norfolk
Southern Railway Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2025, I served a copy of the foregoing document by filing through the Court's CM/ECF system, which electronically notified all parties of record.

/s/ *Davina Pujari*

Davina Pujari (admitted *pro hac vice*)

WILMER CUTLER PICKERING
 HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA  94111
Tel.: (628) 235-1136
Fax: (628) 235-1001
davina.pujari@wilmerhale.com