**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | **CASE NO.  4:23-CV-00517-JRA** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **JUDGE JOHN R. ADAMS** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NORFOLK SOUTHERN** | : | |
| **CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**STATE OF OHIO'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Pursuant to Federal Rule of Civil Procedure 56(c), the State of Ohio requests that the Court deny Defendants' Motion for Partial Summary Judgment. The undisputed facts and applicable law are clear that Defendants are not entitled to summary judgment. The grounds for the State's Response in Opposition are fully set forth in the accompanying Memorandum in Opposition.

Respectfully submitted,

**DAVE YOST
OHIO ATTORNEY GENERAL**


**s/ Katherine A. Walker**
**AMBER WOOTTON HERTLEIN (0083858)**
**KATHERINE A. WALKER (0093850)**
**NORA M. BATY (0102678)**
**CATHERINE A. ENGLISH (0096910)**
**IAN F. GAUNT (0097461)**
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215

Telephone: (614) 466-2766
Fax: (614) 644-1926
Amber.Hertlein@OhioAGO.gov
Katherine.Walker@OhioAGO.gov
Nora.Baty@OhioAGO.gov
Catherine.English@OhioAGO.gov
Ian.Gaunt@OhioAGO.gov


**WILLIAM C. BECKER (0013476)**
Assistant Attorney General
Court of Claims Defense Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 466-7447
Fax: (614) 644-7447
William.Becker@OhioAGO.gov

*Counsel for Plaintiff, the State of Ohio*

## CERTIFICATE OF SERVICE

This certifies that on September 29, 2025, I served the State of Ohio's Response in Opposition to Defendants' Motion for Partial Summary Judgment by filing through the Court's CM/ECF system, which electronically notified all parties of record.

**s/ Katherine A. Walker**
**KATHERINE A. WALKER (0093850)**

*Counsel for Plaintiff, the State of Ohio*
