IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE STATE OF OHIO,

and

THE UNITED STATES OF AMERICA,

Plaintiffs,

v.

NORFOLK SOUTHERN RAILWAY
COMPANY,

and

NORFOLK SOUTHERN CORPORATION,

Defendants.

Civil Case No.  23-cv-517
Hon. John R. Adams

**CONSENT MOTION FOR EXTENSION OF TIME**

On November 17, 2025, Robert Figley and Barabara Adams ("Petitioners") filed a

*Motion for Leave to Intervene* in this action. [Dkt. 273]  Under Local Rule 7.1(d), the United

States would be required to file its Opposition by Monday, December 1, 2025.  In light of the

intervening Thanksgiving holiday and the factually complex motion filed by Petitioners, the

United States requested Petitioners consent to a two-week extension of time, until December 15,

2025, to respond to their Motion.  Petitioners have consented to the United States' request, as

have the State of Ohio and Defendants Norfolk Southern Railway Company and Norfolk

Southern Corporation.

The United States requests that this Court approve this request for an extension of time for any Party to respond to the *Motion for Leave to Intervene* until December 15, 2025.

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

By:         */s/ Jeffrey A. Spector*
JEFFREY A. SPECTOR
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Jeffrey.Spector@usdoj.gov
(202) 532-3267

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio

BRENDAN F. BARKER (IL: 6299039)
ELIZABETH A. DEUCHER (OH: 0095542)
Assistant United States Attorneys
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Phone: (216) 622-3795/3712
Fax: (216) 522-2404
Brendan.Barker@usdoj.gov
Elizabeth.Deucher@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing United States' *Consent Motion for Extension of Time* was served on this date upon all counsel of record by efile and by electronic mail upon the following individual:

Jedidiah I. Bressman
LAW OFFICE OF DAVID A. BRESSMAN
2727 Tuller Parkway, Suite 100
Dublin, OH  43017
(614) 538-1116
Jedidiah@Bressmanlaw.com

| 11/20/2025 | s/ Jeffrey A. Spector |
|:---:|:---:|
| Date | Jeffrey A. Spector |

3