IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, | : | CASE NO. 4:23-cv-00517-JRA |
| UNITED STATES OF AMERICA, | : | JUDGE JOHN R. ADAMS |
| Plaintiffs, | : | |
| v. | : | |
| NORFOLK SOUTHERN CORPORATION, et al., | : | |
| Defendants. | : | |

### STATE OF OHIO'S STATUS REPORT

On April 15, 2024, the Court issued an Order directing the parties to file Status Reports every thirty days, addressing: (1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remained pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in the case management plan.

Since the filing of the last status report on November 13, 2025, the State's responses are respectfully submitted below.

**1. Discovery**

Ohio and Norfolk Southern have completed fact and expert discovery. Both parties participated in multiple meet and confers, completed document production, and conducted fact depositions. Ohio provided its expert reports to Norfolk Southern on February 28, 2025. Norfolk Southern provided its expert reports to Ohio on April 11, 2025.

1

Ohio and Norfolk Southern conducted 15 expert depositions during the May 1-July 31 expert deposition period. Ohio and Norfolk Southern submitted position statements to the Court regarding expert discovery issues, and the Court resolved those issues by Order dated August 26, 2025.

2. **Settlement Discussions**

Ohio and Norfolk Southern participated in a mediation in April 2025. Norfolk Southern has contacted Ohio regarding a potential settlement, but the parties remain far apart.

3. **Motions Filed or Pending**

Ohio filed a Reply in Support of its Motion for Partial Summary Judgment on November 21, 2025, in accordance with the briefing schedule approved by the Court.

On November 17, 2025, two individuals filed a Motion for Leave to Intervene. The Court extended the time for responses to that motion until December 15, 2025. Ohio filed its Opposition to the pending Motion for Leave to Intervene today.

4. **Potential Deviations from Case Management Schedule**

Ohio is not aware of any developments that might give rise to additional requests to deviate from the Case Management Schedule.

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

**s/ Amber Wootton Hertlein**
AMBER WOOTTON HERTLEIN (0083858)
KATHERINE A. WALKER (0093850)
NORA M. BATY (0102678)
CATHERINE A. ENGLISH (0096910)
IAN F. GAUNT (0097461)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Telephone: (614) 466-2766
Fax: (614) 644-1926
Amber.Hertlein@OhioAGO.gov
Katherine.Walker@OhioAGO.gov
Nora.Baty@OhioAGO.gov
Catherine.English@OhioAGO.gov
Ian.Gaunt@OhioAGO.gov

WILLIAM C. BECKER (0013476)
Assistant Attorney General
Court of Claims Defense Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 466-7447
Fax: (614) 644-7447
William.Becker@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

## Certificate of Service

This certifies that on December 15, 2025, I served State of Ohio's Status Report by filing through the Court's CM/ECF system, which electronically notified all parties of record.

**s/ Amber Wootton Hertlein**
AMBER WOOTTON HERTLEIN (0083858)

*Counsel for Plaintiff State of Ohio*
