**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | **CASE NO.  4:23-cv-00517-JRA** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **JUDGE JOHN R. ADAMS** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NORFOLK SOUTHERN CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**STATE OF OHIO'S STATUS REPORT**

---

On April 15, 2024, the Court issued an Order directing the parties to file Status Reports every thirty days, addressing: (1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remained pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in the case management plan.

Since the filing of the last status report on May 15, 2026, the State's responses are respectfully submitted below.

**1.     Discovery**

Ohio and Norfolk Southern have completed fact and expert discovery. Both Parties participated in multiple meet and confers, completed document production, and conducted fact depositions. Ohio provided its expert reports to Norfolk Southern on February 28, 2025. Norfolk Southern provided its expert reports to Ohio on April 11, 2025.

1

Ohio and Norfolk Southern conducted 15 expert depositions during the May 1-July 31, 2025 expert deposition period. Ohio and Norfolk Southern submitted position statements to the Court regarding expert discovery issues, and the Court resolved those issues by Order dated August 26, 2025.

On June 3, 2026, the Court held a status conference and ordered the Parties to share the discovery productions with Intervenors within 45 days. Ohio will produce documents in accordance with this Court's order.

### 2. Settlement Discussions

Ohio and Norfolk Southern participated in a mediation in April 2025. Norfolk Southern has contacted Ohio regarding a potential settlement, but the Parties remain far apart.

### 3. Motions Filed or Pending

Ohio and Norfolk Southern have both filed Motions for Partial Summary Judgment. (Dkt. Nos. 255 & 235, respectively). Those Motions are fully briefed and await a determination by the Court. Norfolk Southern filed six *Daubert* Motions (Dkt. Nos. 229, 230, 231, 232, 233, 234), which are fully briefed and have been referred to the Magistrate.

On March 9, 2026, the Court stayed all currently pending motions and the referral to the Magistrate and granted a Motion to Intervene filed by two individuals. The Court held a status conference on June 3, 2026, and Court indicated that the stays would be lifted and the Court would address the pending motions. The Court issued the order lifting the stay on June 11 (Dkt. 326).

The Court made other orders at the Status Conference: setting deadlines for responding to Intervenors' Complaint, ordering that Intervenors' are subject to the Protective Order already in place,  and scheduling a further status conference. Ohio will comply with the deadlines given at the status conference.

**4.     Potential Deviations from Case Management Schedule**

All dates in the Case Management Schedule have passed.

Respectfully submitted,

D. ANDREW WILSON
OHIO ATTORNEY GENERAL

s/ **Amber Wootton Hertlein**

AMBER WOOTTON HERTLEIN (0083858)
KATHERINE A. WALKER (0093850)
NORA M. BATY (0102678)
CATHERINE A. ENGLISH (0096910)
IAN F. GAUNT (0097461)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Telephone: (614) 466-2766
Fax: (614) 644-1926
Amber.Hertlein@OhioAGO.gov
Katherine.Walker@OhioAGO.gov
Nora.Baty@OhioAGO.gov
Catherine.English@OhioAGO.gov
Ian.Gaunt@OhioAGO.gov

WILLIAM C. BECKER (0013476)
L. MARTIN CORDERO (0065509)
Assistant Attorneys General
Court of Claims Defense Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
Telephone: (614) 466-7447
Fax: (614) 644-7447
William.Becker@OhioAGO.gov
Martin.Cordero@OhioAGO.gov

*Counsel for Plaintiff State of Ohio*

3

**Certificate of Service**

This certifies that on June 15, 2026, I served State of Ohio's Status Report by filing through the Court's CM/ECF system, which electronically notified all parties of record.

**s/ Amber Wootton Hertlein**

AMBER WOOTTON HERTLEIN (0083858)
*Counsel for Plaintiff State of Ohio*
