IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE STATE OF OHIO,

and

THE UNITED STATES OF AMERICA,

Plaintiffs,

v.                                                    Civil Case No.  23-cv-517
                                                      Hon. John R. Adams

NORFOLK SOUTHERN RAILWAY
COMPANY,

and

NORFOLK SOUTHERN CORPORATION,

Defendants.

STATUS REPORT

The United States submits this Status Report in accordance with the April 15, 2024, Case Management Plan.

1.  Discovery That Has Occurred During the Reporting Period

The United States and Norfolk Southern reached agreement on a settlement, which was lodged with the Court on May 23, 2024, and which the United States moved the Court to enter on October 10, 2024.  Thus, the United States and Norfolk Southern have not been engaged in discovery since the United States served interrogatories and requests for production on May 1, 2024.

2.  <u>Settlement Discussions That Have Occurred During the Period</u>

The United States and Norfolk Southern reached agreement on a settlement, which was lodged with the Court on May 23, 2024, and which the United States moved the Court to enter on October 10, 2024.  The settlement, if approved, would resolve all the claims in the United States' complaint, so no further settlement discussions have occurred.

3.  <u>Motions That Have Been Filed or Remained Pending During the Reporting Period</u>

On October 10, 2024, after careful review of all public comments received on or near the deadline, the United States filed a Motion to Enter Consent Decree.  That motion remains pending before the Court.

4.  <u>Developments That Might Give Rise to a Request to Deviate from the Schedule Outlined in the Case Management Plan</u>

On March 21, 2025, the Court granted the joint motion of the United States and Norfolk Southern to stay the discovery and dispositive motion deadlines between them.

5.  <u>Other</u>

During the June 3, 2026, status conference, the United States reiterated its request that the Court take action on the proposed Consent Decree.

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General


By:     */s/ Jeffrey A. Spector*
JEFFREY A. SPECTOR
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Jeffrey.Spector@usdoj.gov
(202) 532-3267


DAVID M. TOEPFER
United States Attorney
Northern District of Ohio
BRENDAN F. BARKER (IL: 6299039)
ELIZABETH A. DEUCHER (OH: 0095542)
Assistant United States Attorneys
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Phone: (216) 622-3795/3712
Fax: (216) 522-2404
Brendan.Barker@usdoj.gov
Elizabeth.Deucher@usdoj.gov